IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



LEON PAT FERGUSON,

    Plaintiff,

v.                                 Civil Action No. 3:08CV285

UNKNOWN,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on June 19, 2008, the Court conditionally docketed Plaintiff's action. At that time, the Court directed Plaintiff to submit a statement under oath or penalty of perjury that:

    (A)   Identifies the nature of the action;
    (B)   States his belief that he is entitled to relief;
    (C)   Avers that he is unable to prepay fees or give security therefor; and,
    (D)   Includes a statement of the assets he possesses.

See 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff with an in forma pauperis affidavit form for this purpose.

Additionally, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the orders of this Court. Plaintiff failed to return a completed in forma pauperis affidavit

form and a consent to collection of fees form. As a result, he does not qualify for in forma pauperis status. Furthermore, he has not paid the statutory filing fee for the instant complaint. See 28 U.S.C. § 1914(a). Such actions demonstrate a wilful failure to prosecute. See Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to mail a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

/s/  REP
Robert E. Payne
Senior United States District Judge

Date: August 14, 2008
Richmond, Virginia